

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 2, 2021**

_____
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CESAR ALCOCER and, | § | CASE NO. 18-32801-sgj-7 |
| MARIA ANTONIA ALCOCER | § | |
| | § | (Chapter 7) |
| DEBTOR | § | |

### ORDER APPROVING MOTION TO APPROVE SETTLEMENT AGREEMENT
### WITH ROZMEEN BHAI, ISMAIL BHAI, AND RAHEEL BHAI

On this day came on for consideration the Motion to Approve Settlement Agreement with Rozmeen Bhai, Ismail Bhai, and Raheel Bhai [Docket #45] filed by Scott Seidel, the Trustee seeking the Court's approval of the Settlement Agreement attached as Exhibit "A" to the Motion (the "Settlement Agreement"). Upon consideration of the Motion and all evidence before the Court,

**THE COURT FINDS THAT:**

A.   Proper 21-day notice of the Motion has been given to all parties in interest, the notice provided was appropriate and sufficient such that no further notice is required, and no party has timely objected to the Motion.

B. The Motion has merit and should be **GRANTED**.

C. The Settlement Agreement described in the Motion is in the best interest of the Debtor's bankruptcy estate and the parties thereto and should be approved.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is **GRANTED** and the Trustee is authorized to enter the Settlement Agreement with Rozmeen Bhai, Ismail Bhai and Raheel Bhai (the "Defendants").

2. The Trustee is authorized to execute any and all documents necessary to effectuate the Settlement Agreement.

### END OF ORDER ###

Submitted by:

John Paul Stanford
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 871-2100
Email: jstanford@qslwm.com